# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tina Duhigg,                                          :
                       Petitioner                     :
                                                      :    No.  412 C.D. 2017
            v.                                         :
                                                      :
Unemployment Compensation                             :
Board of Review,                                      :
                       Respondent                     :

## _ORDER_

AND NOW, this 20th day of March, 2018, it is ORDERED that the above-captioned opinion filed December 13, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge